```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16515
    MARK MANNING
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-9655


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/11/07 .

    2.  The case was dismissed without confirmation, 10/26/2007.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------------
LAWRELLA ISOM              CHILD SUPPORT  NOT FILED            .00          .00
ILLINOIS DEPARTMENT OF H   CHILD SUPPORT  NOT FILED            .00          .00
ILLINOIS DEPARTMENT OF H   UNSECURED      NOT FILED            .00          .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00         .00          .00
PRINCIPAL PAID          .00         .00         .00         .00          .00
INTEREST PAID           .00         .00         .00         .00          .00
TOTAL PAID              .00         .00         .00         .00          .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $       .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 01/15/07                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```

```
                                         PAGE   2
         CASE NO. 07 B 16515 MARK MANNING
```